UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LINDA BREAUX                                          CIVIL ACTION

VERSUS                                                NUMBER: 09-03083

MICHAEL J. ASTRUE,                                    SECTION: "S"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION


**O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's case is remanded to the Commissioner for further proceedings pursuant to sentence six of 42 U.S.C. §405(g).

New Orleans, Louisiana, this 8th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE